**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Nuance Energy Group, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Nuance Energy Group**<br>**DBA  Agwell Solar** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3062317** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1223 Wilshire Blvd., Suite 357**<br>**Santa Monica, CA 90403**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br>**4025 W. Ashcroft Avenue Fresno, CA 93722**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**   **www.nuanceenergy.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Nuance Energy Group, Inc.**
Name
Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Nuance Energy Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### ▓ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Nuance Energy Group, Inc.**                                    Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/25/2020
              MM / DD / YYYY

X _____            **Brian Carlyle Boguess**
Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____            Date  08/25/2020
Signature of attorney for debtor                     MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**      Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Nuance Energy Group, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 CC Court Investments, LLC 245 Montair Drive Danville, CA 94526 | | Six months outstanding on prior lease for the warehouse located at 6 Crow Canyon Court San Ramon, California 94583. Debtor left these premises while | Contingent Unliquidated Disputed | | | $40,116.00 |
| Anthem Blue Cross PO Box 9062 Oxnard, CA 93031 | | | | | | $27,608.07 |
| Barrier Solar, Inc. 2671 S Cherry Ave Fresno, CA 93706 | | Unpaid invoice for goods | Disputed | | | $59,114.00 |
| BCI Engineering c/o Matt Carroll, CEO 100 Leeetsdale Industrial Drive Leetsdale, PA 15056 | | Outstanding invoices for steel goods. | Contingent Unliquidated Disputed | | | $964,871.49 |
| California Department of Tax and Fee Administration P O Box 942879 Sacramento, CA 94279 | | Sales tax obligations for products sold in California for the 1st Quarter of 2020. | | | | $73,323.00 |
| Excelsior Inc. 2681 N. Business Park Ave. Fresno, CA 93727 | | Construction Work | | | | $49,344.50 |
| Gripple Inc. 1611 Emily Lane Aurora, IL 60502 | | | | | | $67,254.42 |

| Debtor | **Nuance Energy Group, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Horizon Global** P O Box 779094 Chicago, IL 60677 | | | | | | $78,251.10 |
| **Jamie Roll Form Products** 2401 25th Ave, Franklin Park, IL 60131 | | | | | | $37,244.31 |
| **Maclean Power Systems** aka MacLean Power, LLC Kingsley Park Five 481 Munn Rd, Suite 300 Fort Mill, SC 29715 | | Vendor Suing Debtor in Contra Costa County Superior Court, case number ending in CIVMSC20-00556. | Contingent Unliquidated Disputed Subject to Setoff | | | $163,072.00 |
| **Maven Consulting Limited** John Torosoff - Director of Finance P O Box 52229 Lynnmour North Vancouver BC Canada, V7J3V5 | | Solar Racks/ Structural analysis and Certification of Ospray Power Platform Solar Ground Mount Racking Systems for Ontario, Canada | | | | $32,545.82 |
| **Pacific Products and Services, LLC** 7323 Lynwood Way Highland, CA 92346 | | Outtanding invoice for goods. | Contingent Unliquidated Disputed | | | $49,948.03 |
| **Proper Defence Law Corporation** Attn: Justing Vecchiarelli, Esq. 677 W. Palmdon Dr., Ste 201 Fresno, CA 93704 | | Potential wrongfull termination claim of Gregg Klang | Contingent Unliquidated Disputed | | | $68,600.00 |
| **Redding North Senior Living, LLC** c/o Russell F. Rowen, Esq. Thompson, Welch, Soroko & Gilbert 3950 Civic Center Dr West, Ste 300 San Rafael, CA 94903 | | Pending litigation in the Superior Court of California for alleged breach of construction agreement, case number C20-00697. | Contingent Unliquidated Disputed Subject to Setoff | | | $1,388,070.65 |

| Debtor | **Nuance Energy Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sherry Christensen W. Zev Abramson, Esq. c/o Abramson Labor Group 3580 Wilshire Blvd., Suite 1260 Los Angeles, CA 90010** | | **Unpaid wages claim** | **Contingent Unliquidated Disputed** | | | $86,409.14 |
| **Sol-Tek Industries 827 Jefferson Ave Clovis, CA 93612** | | | | | | $97,000.00 |
| **Sunfolding, Inc. 1040 Mariposa Street San Francisco, CA 94107** | | | | | | $57,233.26 |
| **Tabuchi Electric Co., Ltd. Nissay Shin-Osaka Bldg., 10F 3-4-30 Miyahara, Yodogawa-ku Osaka 532-0003** | | **Purchase of solar inverters** | **Contingent Unliquidated Disputed** | | | $2,158,205.00 |
| **WSP Canada Inc. 1600 Boul.Rene-Levesque Ouest, 16th Floor Montreal, QC H3H 1P9 Canada** | | **Projects** | | | | $22,331.20 |
| **Yaskawa Solectia Solar 360 Merrimack St Bldg 9-Entrance 1, 2nd Floor Lawrence, MA 01843** | | **Supplies** | | | | $35,454.99 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Nuance Energy Group, Inc.**<br><br><br><br><br><br>                                                    Debtor(s). | CASE NO.:<br><br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __28__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _8/25/20_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _8/25/20_

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Nuance Energy Group, Inc.
1223 Wilshire Blvd., Suite 357
Santa Monica, CA 90403


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


6 CC Court Investments, LLC
245 Montair Drive
Danville, CA 94526


AAA Quality Services, Inc.
PO Box 535 Farmersville
Farmersville, CA 93223


ABC/Amega
Attn: Dustin Kirby
500 Seneca Street, Ste 400
Buffalo, NY 14204-1963


Ahern Rentals, Inc.
c/o Paul S. Boyce, Esq.
GLASSMAN LAW FIRM, PLLC
1415 South Voss, Suite #110-145
Houston, TX 77057


AIA Corporation
3130 Wilshire Blvd., #301
Los Angeles, CA 90010


Alan and Christine Evans
4802 W. Myrtle Ave
Visalia, CA 93277

Ally Bank
PO Box 380902
Minneapolis, MN 55438


Also Energy Inc.
5400 Airoport Blvd., Ste 100
Boulder, CO 80301-2399


Amstpm Sca; Company LLC
277 Deepwood Dr.
Amston, CT 06231


Andrew Aleman
1088 N Del Rey Ave.
Sanger, CA 93657


Anthem Blue Cross
PO Box 9062
Oxnard, CA 93031


Ayesha Faiz
7217 Crestfield Dr.
San Ramon, CA 94582


Balboa Capital
575 Anton Blvd., Fl 12
Costa Mesa, CA 92626


Bank of the West Equipment Finance
Dept. LA 23083
Pasadena, CA 91185-3083

Bank of the West Equipment Finance
Dept LA 23083
Pasadena, CA 91185-3083


BARR Credit Services
Lorena Edwards, Collection Speciali
5151 E Broadway Blvd., Ste 800
Tucson, AZ 85711


Barrier Solar, Inc.
2671 S Cherry Ave
Fresno, CA 93706


BCI Engineering
c/o Matt Carroll, CEO
100 Leeetsdale Industrial Drive
Leetsdale, PA 15056


BCI, LTD
11 Eaton Building
288 Des Voeux Road
Sheung Wan
Hong Kong


Bella Construction
Attn: Kevin Haines
31181 Road 400, suite 107
Coarsegold, CA 93614


Biehl & Biehl, Inc.
P O Box 87410
Carol Stream, IL 60188-7410


Bill Schuh
9105 21 1/2 Ave
Lemoore, CA 93245

BMP Properties
4636 Beckman Way
Merced, CA 95348


Bob Bagdasarian
4246 S. Greenwood
Sanger, CA 93657


BR Amran Farms
600 Highway 169 S, Suite 300
Minneapolis, MN 55426


BR Samran Farms
8844 Indianaola Ave
Selma, CA 93662


Brian Boguess
927 5th Street, Unit 6
Santa Monica, CA 90403


Brian Boguess
927 5th Street, Unit 6
Santa Monica, CA 90402


Bright House Energy Construction
1309 South Main Street
Porterville, CA 93257


Brown Gee & Wenger LLP
Two Walnut Creek Center
200 Pringle Ave., Ste 400
Walnut Creek, CA 94596

Calfornia Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279

California Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279

Call & Jensen
c/o Scott Hatch, Esq.
610 Newport Center Dr., #700
Newport Beach, CA 92660

Calvary Fellowship Church
737 Church Ave.
Sanger, CA 93657

Cardiff Investments
Attn: Ralph Dallo
920 Cardiff Street
San Diego, CA 92114

Carlos Dairy
6557 Oak Rd
Atwater, CA 95301

Cary Fukuda
10121 S. Marks Ave.
Fresno, CA 93706

Charles J. Langgood, Esq.
Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

Chris and Ron Barba
11191 13th Ave
Sanger, CA 93657


Chris Ellen
18021 E Lone Oak Avenue
Fresno, CA 93706


CHUBB
Dept 90024
P O Box 660347
Dallas, TX 75266-0347


Clark Dietrich Building System
9050 Centre Pointe Drive, Suite 400
West Chester, OH 45069


Clean Solar
1445 Koll Circle, suite 109
San Jose, CA 95112


Colorado Metallurgical Service
10605 E 25th Ave
Aurora, CO 80010


Comcast
9602 S 300 W, Ste B
Sandy, UT 84070


Community Tree Service, Inc.
416 Salinas Rd.
Watsonville, CA 95076

Dan & Karen Coulon
8199 1/2 Ave.
Hanford, CA 93230


David Mata
740 North Nichols Avenue
Dinuba, CA 93618


David Moffett
2542 W Prospect Ave
Visalia, CA 93291


Davis Diversified Farms
21441 Avenue 5-1/2
Hanford, CA 93230


Denise Shelley
6223 N. Constance Ave.
Fresno, CA 93722


Dennis Quindt Household
27463 Sales Creek Road
Clovis, CA 93619


Derek Vaughan
6539 Meadow Court
San Jose, CA 95135


Design World, LLC
6555 Carnegie Ave.
Cleveland, OH 44103

Di Tomaso Development Company, LLC
460 W Bluff Ave.
Fresno, CA 93711


Dine Strategy
4300 Stevens Creek Blvd. Suite 135
San Jose, CA 95129


Dodge Data & Alalytics
Corporate Headquarters
300 American Metro Blvd., Ste 185
Hamilton, NJ 08619


Dr. Jasbir S. Gill
11405 Ham Ln
Lodi, CA 95242


El Chilito
2129 Brundage Ln
Bakersfield, CA 93304


Elks Lodge
3821 Quest Court
Shingle Springs, CA 95682


Energy & Financial Consulting LLC
Attn: Michael Tallman
P O Box 6337
Incline Village, NV 89451


Energy Stars Construction
3811 Divident Dr., Suite D
Shingle Springs, CA 95682

Engerd Projects
Rua Sao Vicente, 320,
Jardim Paulista Atibaia,
Sao Paulo 12947-390
Brazil

Engineered Power Solutions
1405 Spring St #204
Paso Robles, CA 93446

EPG Source
180 State St #225
Southlake, TX 76092

Eric Burtt
120 Village Square, Unit 150
Orinda, CA 94563

Erikson Farms
10700 Road 30
Madera, CA 93637

Excelsior Inc.
2681 N. Business Park Ave.
Fresno, CA 93727

Farm Credit Leasing-Samran
600 Hwy 169 S. Suite 300
Minneapolis, MN 55426

Farmers Insurance Exchange
PO Box 2847
Grand Rapids, MI 49501

FedEx
Dept. LA
P O Box 21415
Pasadena, CA 91185-1415


First Northern Bank of Dixon
c/o Belvedere Equipment Finance Cor
Operations Center
29515 Kristine Court
Canyon Country, CA 91387


Flexport
760 Market Street, 8th Floor
San Francisco, CA 94102


Ford Credit
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962


Fresno Rack & Shelving
4736 Bendel Avenue
Fresno, CA 93722


Gaba Guerrini Law
106 S. Mentor Ave STE 150
Pasadena, CA 91106


Gagen, McCoy, McMahan, Koss,
Markowitz & Fanucci
630 San Ramon Valley Blvd., Ste 100
P O Box 218
Danville, CA 94526-0218


Gallagar Group
4115 Blackhawk Plaza Circle,
Suite 100
Danville, CA 94506

GB Collects
1253 Haddonfield Berlin Rd
Voorhees, NJ 08043


Gerlinger Steel
P O Box 992195
Redding, CA 96099


GES Calgary
5805 76 Ave SE #25
Calgary, AB T2C 4S6
Canada


Great Western Transportation
P O BoX 1119
Pleasanton, CA 94566


Gripple Inc.
1611 Emily Lane
Aurora, IL 60502


Guillen
10849 West Dr.
Desert Hot Springs, CA 92240


Horizon Global
P O Box 779094
Chicago, IL 60677


ICW Group
PO Box 509039
San Diego, CA 92150

Ingold Law, PLLC
5555 Main Street
Buffalo, NY 14221


Interplay Learning
226 23rd Street
Del Mar, CA 92014


Intertek
P O Box 405176
Atlanta, GA 30384


J.B. Hauling
1205 N. Melrose Dr., Ste K
Vista, CA 92083


Jai Lazo & Raquel Chavarria
3 West Cleveland St
Stockton, CA 95204


Jamie Roll Form Products
2401 25th Ave,
Franklin Park, IL 60131


Jasbir S. Gill Family LTD Partnersh
6121 Banner Street
Lodi, CA 95242


Jason Velho
991 Yosemite Dr.
Lemoore, CA 93245

Jessica Lagenwayer
2411 East Winston Road
Anaheim, CA 92804


Jessie Maragoni
4358 S. Del Rey Ave.
Del Rey, CA 93616


JJ Brown Constructors
7394 Calle Real
Goleta, CA 93117


JMP Homes
595 Granada Court
Merced, CA 95341


John Lawrence
9137 Jellico Avenue
Northridge, CA 91325


John Porraz
1338 Harvard Pl
Hanford, CA 93230


John Warkentin
6521 Cordoba Rd., #2
Goleta, CA 93117


John Workentin
c/o James W. Sweeney, Esq.
Allen & Kimbell, LLP
317 East Carillo Street
Santa Barbara, CA 93101

Jonathan Stevens
c/o Daniel J. Muller, Esq.
Ventura Hersey & Muller LLP
1506 Hamilton Avenue
San Jose, CA 95125

Jose Cardenas
9366 24 1/2
Madera, CA 93636

Juan  Rosas
c/o Oliver R. Gutierrez, Esq.
Law Offices of Oliver R. Gutierrez
600 Allerton Street, Suite 200
Redwood City, CA 94063

Juan Rosas
4699 Cora Lane
Merced, CA 95341

Ken Kope
10617 E. Herndon Avenue
Clovis, CA 93619

Kim Spiotta
31162 Fritz Dr.
Exeter, CA 93221

Kizirian Family Living Trust
123 N. Rolinda Ave.
Fresno, CA 93723

Kuubix Energy Inc.
7401 W. Sunnyview Ave.
Visalia, CA 93291

L & M Lumber
4700 Lake Isabella Blvd.,
Lemoore, CA 93246


Laquita Stinnett
571 Buckeye Spring Street
Coalinga, CA 93210


Larry Hirahara Family Farms
9808 Road 28 1/2
Madera, CA 93637


Larry Weber Jr.
2153 W. Henderson Ave.
Porterville, CA 93257


LHO Santa Cruz One Lessee, Inc.
1 Chaminade Lane
Santa Cruz, CA 95065


Luke Ashworth
130 South Parrish Road
Winchester, NH 03470


Maclean Power Systems
aka MacLean Power, LLC
Kingsley Park Five
481 Munn Rd, Suite 300
Fort Mill, SC 29715


Marisa D Poulos
Michelle A Chiongson
Balboa Capital Corp
575 Anton Blvd. 12 th Floor
Costa Mesa, CA 92626

Mark Baryla
3193 Remington Way
Tracy, CA 95377


Mark Castillo
1300 W. Olsen Avenue, Unit 177
Reedley, CA 93654


Martin Molina
13663 Lyn Street
Armona, CA 93202


Matson Alarm Co., Inc.
581 W Fallbrook Avenue
Fresno, CA 93711


Maven Consulting Limited
John Torosoff - Director of Finance
P O Box 52229 Lynnmour
North Vancouver
BC Canada, V7J3V5


Metal Products Company
P O Box 703
Springfield, OR 97477


Michael C. Dallo, CPA, Esq.
Dallo Law Group, APC
2150 Fourth Ave.
San Diego, CA 92101


Mid-Valley Distributors, Inc.
3886 E Jensen Ave
Fresno, CA 93725

Mike & Tasha Baryla
7878 Leeward Ct
Tracy, CA 95304


Mike Davis
20943 Fremont Ave
Lemoore, CA 93245


Miller Heiman Group
c/o Korn Ferry
Willis Tower
233 South Wacker Drive, Suite 700
Chicago, IL 60606


MMA Securities LLC
1166 Avenue of the Americas
New York, NY 10036


MS Metal Solutions
11095 W Olive Rd
Grand Haven, MI 49417


New Life Marina
1200 Taylor Rd
Bethel Island, CA 94511


Nick Ghosph
6604 West Rialto Ave
Fresno, CA 93723


Nor Cal Solar Services
89 Casa Grande
Red Bluff, CA 96080

North Central Information
7667 Folsom Blvd, #2042
Sacramento, CA 95826


O'Keeffe's Inc.
100 North Hill Drive, Ste 12
Brisbane, CA 94005


Pacific Gas & Electric Company
Attn: Officer
P O Box 997300
Sacramento, CA 95899-7300


Pacific Products and Services, LLC
7323 Lynwood Way
Highland, CA 92346


Paradigm Counsel LLP
2625 Middlefield Rd #800
Palo Alto, CA 94306


Patchwork Holding, LLC
2641 Crow Canyon Rd., Ste 6
San Ramon, CA 94583


Pentecostal Church of God
323 e 11th Street
Hanford, CA 93230


People Ready, Inc.
P.O. Box 2910
Tacoma, WA 98402

PG&E
P O Box 997300
Sacramento, CA 95899


Phillip Pistoresi
13445 Melissa Ct.
Madera, CA 93637


Pio Cruz
2257 W. Wall Cr.
Porterville, CA 93257


Proper Defence Law Corporation
Attn: Justing Vecchiarelli, Esq.
677 W. Palmdon Dr., Ste 201
Fresno, CA 93704


Rafael Matha
3001 Pleitner Ave 3
Oakland, CA 94602


Redding North Senior Living LLC
1580 Collyer Dr.
Redding, CA 96003


Redding North Senior Living, LLC
c/o Russell F. Rowen, Esq.
Thompson, Welch, Soroko & Gilbert
3950 Civic Center Dr West, Ste 300
San Rafael, CA 94903


Redding West Senior Living LLC
101Quartz Hill Road
Redding, CA 96003

Republic Services
5501 N Goldenstate Blvd
Fresno, CA 93722


Rich Doss Inc.
3809 Stony Point Rd.
Santa Rosa, CA 95407


Richard & Ravinder Samra Family
Trust
Maxwell Ln., 49MI e/O Buleky Rd.
Dixon, CA 95620


Richard Arreola
1333 South Green Avenue, Unit 14
Dinuba, CA 93618


Richard Samara
3212 Shelter Cove Lane
Elk Grove, CA 95758


Samran and Son Farming
2040 East Monte Vista
Turlock, CA 95382


Sanlo
400 State Hwy 212
Michigan City, IN 46360


Sanquist Construction
Attn: Richard Sanquist
1172 San Palbo Ave, Unit 200C
Albany, CA 94706

Schaafsma Farms
10506 Claribel Rd
Oakdale, CA 95361


Seljan
PO Box 158
Lake Mills, WI 53551


Senga Energy, LLC
2201 Francisco Dr., Ste 140-287
El Dorado Hills, CA 95762


Sequium Asset Solutions,LLC
1130 Northchase Pkway SE #150th
Marietta, GA 30067


Sherry Christensen
W. Zev Abramson, Esq.
c/o Abramson Labor Group
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010


Shirt and Hat Guys Inc.
2415 E. Valley Oaks Dr.
Visalia, CA 93292


Showpad, Inc.
1 N State Street, 10th Floor
Chicago, IL 60602


Sol-Tek Industries
827 Jefferson Ave
Clovis, CA 93612

Solectria Renewables
360 Merrimack St., Bldg 9, Fl 2
Entrance 1
Lawrence, MA 01843


Southwest Mobile Storage Inc.-SD
680 Moss St., Ste 201
Chula Vista, CA 91911


Spot On Consulting Group
1952 Camden Ave, Suite 202
San Jose, CA 95124


Spreck Energy Inc.
Attn: Jano Stevens
235 Linden St., Ste 422
Santa Cruz, CA 95062


Steven Shepherd
5650 Starboard Dr.
Discovery Bay, CA 94505


Stonemark, Inc.
8501 Wade Blvd. Suite 260
Frisco, TX 75034


Stuart C. Brinn, Esq.
Strauss Troy Co., LPA
150 East Fourth Street
Cincinnati, OH 45202-4018


Sukhdeep Samran
13441 Melissa Ct.
Madera, CA 93637

Sukhdeep Samran
13441 Melissa Cr.
Madera, CA 93637


Sun Tech Drive
5485 Conestoga Court, Ste 250
Boulder, CO 80301


Sunfolding, Inc.
1040 Mariposa Street
San Francisco, CA 94107


Superior Machine Works
3439 W Ashcroft Ave
Fresno, CA 93722


Syntex Industries
Attn: Tom Waggoner
P O Box 2626
Rogers, AR 72757-2626


Tabuchi Electric Co., Ltd.
Nissay Shin-Osaka Bldg., 10F 3-4-30
Miyahara, Yodagawa-ku
Osaka 532-0003


Tabuchi Electric Company of America
5225 Hellyer Ave, Ste 150
San Jose, CA 95138


Technicon  Engineering Services
4539 N Brawley Ave #108
Fresno, CA 93722

Terry & Theresa Lee Farms
22140 E American Ave.
Reedley, CA 93654


The Ultimate Freight Managen
9215 Hall Rd.
Downey, CA 90241


Three and One Farjs
6608 Brandt Rs.
Buttonwillow, CA 93206


Toor Farming, LLC
27725 Rd. 92
Visalia, CA 93277


Toor Management Inc.
600 Hwy 169 S. Suite 300
Minneapolis, MN 55426


Total Quality Logistics
c/o Strauss Troy Co., LPA
The Federal Reserve Building
150 East Forth Street
Cincinnati, OH 45202-4018


Toyota Industries Commercial Financ
PO Box 9050
Coppell, TX 75019


Toyota Industries Commercial Financ
PO Box 660926
Dallas, TX 75266

TQL (Total Quality Logistics), LLC
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245

Transworld System Inc.
1601 Belvedere Rd., #11
West Palm Beach, FL 33406-1541

TRG Logistics

Trinity Construction Enterprises
3604 W Gettysburg Av
Fresno, CA 93722

True Source Energy
Attn: Tony Cilenti
P O Box 993
Danville, CA 94526

UFP Thornton, LLC
26200 N Nowell Rd
Thornton, CA 95686

ULINE
2950 E Jurupa St
Ontario, CA 91761

Usen Udoh
400 Beale Street, #303
San Francisco, CA 94105

Valley Paving and Tractor Services
1903 Glenwood Dr.
Scotts Valley, CA 95066


Valley Power
2935 S. Orange Avenue
Fresno, CA 93725


Valmont Empire Galvanizing
P O Box 310267
Des Moines, IA 50331


Venessa Weiss & Francesco Villa
13847 Skyline Blvd.
Los Gatos, CA 95033


Veritas Administrators
P O Box 215
Mokena, IL 60448


Verizon
P O Box 660108
Dallas, TX 75266-0108


Victor Loesche
13555 Harding Ave.
San Martin, CA 95046


Vista IP Law Group, LLP
100 Spectrum Center Dr, Ste 900
Irvine, CA 92618

Volt
2401 N. Glassell St
Orange, CA 92865


Vortex Industries, Inc.
File 1095
1801 W. Olympic Blvd,
Pasadena, CA 91199-1095


Weldon & Leann Koehn
1665 Utica Ave., Ste 400
Minneapolis, MN 55416


William Schuh
750 E. Gettysburg Ave.
Fresno, CA 93704


WSP Canada Inc.
1600 Boul.Rene-Levesque Ouest,
16th Floor
Montreal, QC H3H 1P9
Canada


WTWH Media
111 Superior Avenue E, Suite 2600
Cleveland, OH 44114


Wyssling Consulting
76 N. Meadowbrook Dr.
Alpine, UT 84004


XPO Enterprise Services
c/o Alan L. Brodkin, Esq.
Alan L. Brodkin & Assoc.
15500 B Rockfield Blvd.
Irvine, CA 92618

Yanez Construction
Attn: Virginia Villanueva
42391 Road 52
Reedley, CA 93654-9117


Yaskawa Solectia Solar
360 Merrimack St
Bldg 9-Entrance 1, 2nd Floor
Lawrence, MA 01843


YRC Freight Inc.
15400 S Main St.
Gardena, CA 90248


Yutechs
1024 Iron Poit Rd
Folsom, CA 95630